# EXHIBIT C























